**IN THE SUPREME COURT OF TENNESSEE**
**AT NASHVILLE**

NOT FOR PUBLICATION

**Filed:  June 22, 1998**

MICHAEL SCOTT EVANS,                    )
                                        )
    Petitioner/Appellant,               )
                                        )
Vs.                                     )     Davidson Juvenile
                                        )
                                        )     No.  01S01-9701-JV-00019
KAREN MARIE BISSON STEELMAN,            )
                                        )
    Respondent/Appellee.                )

and

IN THE MATTER OF SEAN MICHAEL  )
CRAWFORD, A CHILD UNDER 18     )
YEARS OF AGE, THOMAS MICHAEL   )
CIHLAR,                        )
                               )
    Petitioner/Appellant,      )
                               )     Davidson Circuit
Vs.                            )
                               )     No.  01S01-9703-CV-00046
MARY ANN CRAWFORD and          )
RONALD SHANE CRAWFORD,         )
                               )
    Respondents/Appellees.     )

| FILED |
| :---: |
| **June 22, 1998** |
| **Cecil W. Crowson** |
| **Appellate Court Clerk** |

## O R D E R

    The appellants in these consolidated appeals have filed petitions for a rehearing pursuant to Tenn. R. App. P. 39.  We have considered all of the arguments raised in the petitions, and we have found them to be without merit.  It is, therefore, ORDERED that the petitions are denied.

PER CURIAM